## HICKEN v. THE STATE.

LUMPKIN, J.—An indictment charging that the accused did "make and forge the following check for money, to wit:

'No. 26.                              Marietta, Ga., July 17th, 1894.

'The First National Bank pay to the order of Mrs. Anna Lyons twenty-five dollars 00-100.

'$25$\frac{00}{100}$.                                        E. C. Henderson,'

meaning C. E. Henderson of the firm of Henderson and Austin," etc., is not a good indictment for forgery. It does not charge the forgery of the name of any person alleged to be actually in existence, but at most only charges a mere intention to forge the name of a real person bearing the name of C. E. Henderson, and shows on its face that this intention failed of accomplishment.

SIMMONS, C. J., dissenting.                    *Judgment reversed.*

April 15, 1894.  Argued at the last term.

Indictment for forgery. Before Judge CLARK. Fulton superior court. September term, 1894.

J. E. ROBINSON, W. I. HEYWARD and ALONZO FIELD, for plaintiff in error. C. D. HILL, solicitor-general, *contra.*